

# Court of Appeals
## Twelfth Court of Appeals District at Tyler

# BILL OF COSTS

### Court of Appeals No. 12-14-00155-CV

### Trial Court No. 3-41083

**Brenda Brewer, Deanna Meador, Penny Adams and Sabra Curry**

**Vs.**

**Lowe's Home Centers Inc.**

| DOCUMENTS FILED | AMOUNT | FEE PAID BY |
|---|---|---|
| Motion fee | $10.00 | Bobbi L Hartley |
| Motion fee | $10.00 | Bobbi L Hartley |
| Motion fee | $10.00 | Matthew R Pearson |
| Court fines | $500.00 | Helen Wooten |
| Motion fee | $10.00 | Matthew R Pearson |
| Reporter's record | $126.00 | 12th COA |
| Reporter's record | $4,275.00 | Mr. Brendan McBride |
| Reporter's record | $132.00 | Twelfth COA |
| Motion fee | $10.00 | Matthew R Pearson |
| Clerk's record | $2,665.00 | Matthew Pearson |
| Supreme Court chapter 51 fee | $50.00 | Matthew R Pearson |
| Indigent | $25.00 | Matthew R Pearson |
| Filing | $100.00 | Matthew R Pearson |
| Required Texas.gov efiling fee | $20.00 | Matthew R Pearson |
| **TOTAL:** | $7,943.00 | |

I, Pam Estes, Clerk of the Court of Appeals, Twelfth Court of Appeals District at Tyler, Texas, certify that the above copy of the Bill of Costs is true and correct. GIVEN UNDER MY HAND AND SEAL OF SAID COURT, at Tyler, this 28th day of December 2015, A.D.

PAM ESTES, CLERK

By: _Katrina McClenny_

Katrina McClenny, Chief Deputy Clerk